IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| PAMELA KRISTYN GRAY, Individually and as Representative of the Estate of HELEN M. GRAY; BRIAN RICHARD GRAY, Individually and as Representative of the Estate of HELEN M. GRAY, and the Estate of HELEN M. GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HONDA MOTOR CO., LTD.; HONDA RESEARCH INSTITUTE JAPAN CO., LTD.; AMERICAN HONDA MOTOR CO., INC.; HONDA NORTH AMERICA, INC.; HONDA OF AMERICA MFG., INC.; HONDA R&D CO., LTD.; HONDA R&D AMERICAS, INC.; and LUKE DAVID WATERS,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3 11-CV-013-TWT |

**JOINT STIPULATION**

**COME NOW** the Plaintiffs and Defendants Honda Motor Co., Ltd., Honda Research Institute Japan Co., Ltd., American Honda Motor Co., Inc., Honda North America, Inc., Honda of America Mfg., Inc., Honda R&D Co., Ltd, and Honda R&D Americas, Inc. and hereby stipulate and agree for all purposes in this case, as follows:

Plaintiffs and all Honda Defendants hereby stipulate to the immediate dismissal, without prejudice, of the following parties:  Defendants Honda Motor Co., Ltd., Honda Research Institute Japan Co., Ltd., Honda North America, Inc., Honda of America Mfg., Inc., Honda R&D Co., Ltd, and Honda R&D Americas, Inc.

This 8th day of March, 2011.

| | |
|---|---|
| SCHERFFIUS, BALLARD, STILL & FEAGLE, LLP | McKENNA LONG & ALDRIDGE, LLP |
| */s/ Andrew M. Scherffius* <br> Andrew M. Scherffius <br> Georgia Bar No. 256913 <br> 400 Colony Square, Suite 1018 <br> 1201 Peachtree Street, N.E. <br> Atlanta, Georgia 30361 <br> *Attorney for Plaintiff* | */s/ Suneel C. Gupta* <br> Suneel (Neel) C. Gupta <br> Georgia Bar No. 452203 <br> 303 Peachtree Street <br> Suite 5300  Atlanta, Georgia 30308 <br> (*By Andrew M. Scherffius w/express permission*) <br> *Attorneys for Defendants Honda Motor Co., Ltd., Honda Research Institute Japan Co., Ltd., American Honda Motor Co., Inc., Honda North America, Inc., Honda of America Mfg., Inc., Honda R&D Co., Ltd, and Honda R&D Americas, Inc.* |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1B

I hereby certify that the within and foregoing JOINT STIPULATION has been computer processed with 14-point Times New Roman font in compliance with N.D.G.A. Local Rule 5.1B.

Respectfully submitted this 8th day of March, 2011.

/s/ *Andrew M. Scherffius*
Andrew M. Scherffius
Georgia Bar No. 629150
Gregory R. Feagle
Georgia Bar No. 256913

**SCHERFFIUS, BALLARD, STILL & FEAGLE, LLP**
400 Colony Square, Suite 1018
1201 Peachtree Street, NE
Atlanta, GA  30361
(404) 873-1220

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of JOINT STIPULATION upon the following counsel of record through the Pacer System, addressed as follows:

Thomas E. Brennan
Fain, Major & Brennan, P.C.
100 Glenridge Point Parkway, Suite 500
Atlanta, GA 30342-1445
TBrennan@fainmajor.com

Jeffrey A. Brown, Esq.
Brown & Adams, LLC
PO Box 139
Columbus, GA 31902-0139
jbrown@brownadamsllc.com

Suneel C. Gupta, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
sgupta@mckennalong.com

This 8th day of March, 2011.

s/ *Andrew M. Scherffius*
Andrew M. Scherffius
Georgia Bar No. 629150
Gregory R. Feagle
Georgia Bar No. 256913

**SCHERFFIUS, BALLARD, STILL & FEAGLE, LLP**
400 Colony Square, Suite 1018
1201 Peachtree Street, NE
Atlanta, GA  30361
(404) 873-1220